UNITED STATES DISTRICT COURT

**FILED**

FEB 1 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

HECTOR ERNESTO HERNANDEZ,　)
　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　)
　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　)　　Civil Action No.　　**11 0370**
　　　　　　　　　　　　　　)
ERIC HOLDER,　　　　　　　　)
　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　)

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff submits his complaint on preprinted form without attachments. The sections titled "Statement of Claim" and "Relief" are blank. Wholly absent from the pleading are any factual allegations, without which the defendant does not have fair notice of the claims asserted or the relief demanded. The complaint utterly fails to comply with Rule 8(a) and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

Colleen Kollar-Kotelly
United States District Judge

DATE: Feb. 4, 2011